# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CASE NO.

AIR METHODS CORPORATION and ROCKY
MOUNTAIN HOLDINGS LLC,

    Plaintiffs,

vs.

DAVID ALTMAIER, in his official capacity as Commissioner
of the Office of Insurance Regulation,

    Defendant.
_____/

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Plaintiffs Air Methods Corporation ("Air Methods") and Rocky Mountain Holdings, LLC ("Rocky Mountain"), through their undersigned counsel, certify the following disclosures pursuant to Fed. R. Civ. P. 7.1:

1. Air Methods has no corporate parent and no publicly traded company owns 10% or more of Air Methods' shares.

2. Rocky Mountain is a wholly-owned subsidiary of Air Methods.

Dated:  September 24, 2020        HOLLAND & KNIGHT LLP
                                                   Attorneys for Plaintiffs

                                                 */s/ Tiffany A. Roddenberry*
                                                 Tiffany A. Roddenberry

        Florida Bar No.  92524
        Email:  tiffany.roddenberry@hklaw.com
        315 South Calhoun Street, Suite 600
        Tallahassee, FL 32301
        Tel: (850) 425-5658

        */s/ Judith R. Nemsick*
        Judith R. Nemsick
        (*pro hac vice forthcoming*)
        Email:  judy.nemsick@hklaw.com
        31 West 52nd Street
        New York, NY 10019
        Tel: (212) 513-3200

        */s/ Philip E. Rothschild*
        Philip E. Rothschild
        Florida Bar No. 88536
        Email: phil.rothschild@hklaw.com
        515 East Las Olas Boulevard, 12th Floor
        Fort Lauderdale, FL 33302-4070
        Tel:   (954) 525-1000