# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

AIR METHODS CORPORATION AND
ROCKY MOUNTAIN HOLDINGS LLC,

    Plaintiffs,

v.   v.                                                                 Case No. 4:20-cv-462-AW-MAF

DAVID ALTMAIER, in his official
capacity as Commissioner of the
Office of Insurance Regulation,

    Defendant.

_____/

## DECLARATION OF ANOUSH ARAKALIAN BRANGACCIO

    I, Anoush Arakalian Brangaccio, pursuant to 28 U.S.C. § 1746, make this declaration under penalty of perjury, and declare that the statements made below are true:

    1.    My name is Anoush Arakalian Brangaccio. I am employed by the Florida Office of Insurance Regulation (OIR) as General Counsel. My business address is 200 East Gaines Street, Tallahassee, Florida 32399.

# EXHIBIT A

2. My duties as General Counsel include providing legal advice to the Commissioner and oversight of OIR's Legal Division. Accordingly, I am familiar with the operations of the OIR as well as the Florida Insurance Code.[1]

3. In my capacity as General Counsel, I am also familiar with chapter 2020-177, Laws of Florida, which became law on September 18, 2020.

4. Chapter 2020-177 defines the term "reasonable reimbursement," and mandates that health insurance policies and health maintenance organization (HMO) contracts require health insurers and HMOs to provide "reasonable reimbursement" for air ambulance services.

5. Chapter 2020-177 also provides that payment in full by an insured under a health insurance policy or an HMO subscriber of his or her required copayment, coinsurance and deductible for air ambulance services operates as an accord and satisfaction of, and a release of, any claim that a provider of air ambulance services may have against the insured or HMO subscriber. This provision prohibits what is known as "balance billing" of an insured or HMO subscriber by a provider of air ambulance services.

6. The duties of the OIR under chapter 2020-177 is limited to ensuring that health insurance policies and HMO contracts approved by OIR for issuance in

---

[1] The Florida Insurance Code comprises chapters 624-32, 634-36, 641-42, 648 and 651, Florida Statutes. § 624.01, Fla. Stat.

Florida on or after September 18, 2020 comply with this law. It is OIR's position that Chapter 2020-177 does not apply to policies and contracts that were in place on September 18, 2020.

7. OIR has no authority to resolve or adjudicate any dispute which may arise between a health insurer or HMO, on one hand, and a provider of air ambulance services on the other, over the payment of "reasonable reimbursement." Such a dispute would have to be resolved in a civil lawsuit.

8. Likewise, OIR has no authority to resolve or adjudicate any dispute which may arise between a provider of air ambulance services on one hand, and an insured or HMO subscriber on the other, over balance billing by the provider. As with the reasonable reimbursement provision, a dispute over balance billing would have to be resolved by means of a civil lawsuit.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct pursuant to Title 28 U.S.C. §1746.

  Executed on October 30, 2020.

        */s/ Anoush Arakalian Brangaccio*
        Anoush Arakalian Brangaccio
        General Counsel, Office of Insurance Regulation